UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MAUDO FOFANA,

    Plaintiff,

v.

WARDEN NWDC, et al.,

    Defendants.

Case No. C09-5344BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 4.

The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis* is **DENIED**;

(3) This action will be dismissed if Plaintiff fails to pay the $350.00 filing fee by September 25, 2009.

(4) This action is **RE-REFERRED** to Judge Strombom.

DATED this 25th day of August, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER