# United States District Court

WESTERN DISTRICT OF WASHINGTON

MAUDO FOFANA

v.

WARDEN NWDC, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5344BHS

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

Plaintiff did not pay the fee as required.

IT IS ORDERED AND ADJUDGED

That this action is dismissed.

| September 30, 2009 | | BRUCE RIFKIN |
| --- | --- | --- |
| Date | | Clerk |
| | | *s/CM Gonzalez* |
| | | Deputy Clerk |